UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-00478
Mariana Naves )
)
) Chapter: 13
)
) Honorable Jacqueline P Cox
)
)
Debtor(s) )

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Navient's claim will be treated as a nonpriority unsecured claim in section 5.1 of the plan.

2. The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: July 12, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600