UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Mariana Naves<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  20-00478<br><br>Chapter:  13<br>Honorable Jacqueline P Cox |

## ORDER MODIFYING DEBTOR'S PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to provide that commencing with the first payment due after the filing of the debtor's voluntary petition, the monthly payments shall be $604 for 24 months and $700 for 21 months.

2. The trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:   *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  February 28, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600